UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HAN SHIPPING INC.,

               Plaintiff,

- against -

DONALD LINE LTD.,

               Defendant.
---------------------------------------------------------------X

07 CV 9529

07 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: October 25, 2007
       Southport, CT

               The Plaintiff,
               HAN SHIPPING INC.

       By: _____
               Kevin J. Lennon
               Nancy R. Peterson
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Avenue, Suite 300
               New York, NY 10170
               (212) 490-6050 - phone
               (212) 490-6070 - fax
               kjl@lenmur.com
               nrp@lenmur.com