CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HAN SHIPPING INC.,                                     :
                                                       :
                       Plaintiff,                      :     **07-CV-9529**
                                                       :
               v.                                      :
                                                       :     **NOTICE OF**
DONALD LINE LTD.,                                      :     **APPEARANCE**
                                                       :
                                                       :
                                                       :
                       Defendant.                      :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       October 31, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

              By:   _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ  07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email:  reisert@navlaw.com