UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HAN SHIPPING INC.,

                Plaintiff,

      -against-                                  07 Civ. 9529 (LAK)

DONALD LINE LTD.,

                Defendant.
------------------------------------------------------------x

                   **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This action will be dismissed without prejudice without any further action by the Court unless, on or before July 10, 2008, plaintiff shall have filed proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued has been filed.

        SO ORDERED.

Dated:      January 10, 2008

                                                  Lewis A. Kaplan
                                           United States District Judge

CONSENTED TO:

_____
Attorneys for Plaintiff