183-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
Donald Line Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAN SHIPPING INC., | 07 CV 9529 (LAK) |
| Plaintiff, | **NOTICE OF RESTRICTED APPEARANCE** |
| - against - | |
| DONALD LINE LTD., | |
| Defendant. | |

PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP. hereby enters a restricted appearance pursuant to F.R.C.P. Supplemental Admiralty Rule E(8) on behalf of Defendant Donald Line Ltd., the party in interest to certain funds under attachment, reserving all rights and defenses available to it including, without limitation, personal jurisdiction, service, venue, the right to challenge the Rule B Attachment, *forum non conveniens* and all defenses and rights with respect to the appropriate jurisdiction for adjudication of the merits of this case.

Dated: New York, New York
      April 9, 2008

                                      FREEHILL, HOGAN & MAHAR LLP
                                      Attorneys for Defendant Donald Line Ltd.

                                      By: _____
                                            Peter J. Gutowski (PG 2200)
                                            80 Pine Street, 24th Floor
                                            New York, NY 10005-1759
                                            Tel: (212) 425-1900

NYDOCS1/302164.1

TO:   Lennon, Murphy & Lennon, LLC
      Attorneys for Plainitff
      420 Lexington Avenue, Suite 300
      New York, NY 10170
      Attn: Kevin J. Lennon / Nancy R. Peterson
      kjl@lenmur.com / nrp@lenmur.com