183-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
Donald Line Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAN SHIPPING INC., | 07 CV 9529 (LAK) |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| - against - | |
| DONALD LINE LTD., | |
| Defendant. | |

The Defendant and Counter-Claimant Donald Line Ltd. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff (a private non-governmental party) is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
April 9, 2008

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant and Counter-
Claimant Donald Line Ltd.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street, 24th Floor
New York, NY 10005-1759
Tel: (212) 425-1900