UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAN SHIPPING CO. LTD.,                              :
                                                    :          07 CV 9529
                              Plaintiff,            :
                                                    :          ECF CASE
            - against -                             :
                                                    :
DONALD LINE LTD.,                                   :
                                                    :
                              Defendant.            :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of Connecticut   )
                       )   ss:   Town of Southport
County of Fairfield    )

KEVIN J. LENNON, having been duly sworn, deposes and states the following under oath:

1. I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

2. Service of the Summons, Complaint, Affidavit in Support, Rule 7.1 Statement, Ex-Parte Order, and Process of Maritime Attachment in the instant action, was made on the Defendant Donald Line Ltd. by DHL courier on March 27, 2008 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims. *See DHL Airbill annexed hereto as Exhibits "1"*

3. DHL confirmed that Defendant Donald Line Ltd. received the above on April 1, 2008. *See DHL Confirmation Sheets annexed hereto as Exhibits "2"*

Dated: Southport, CT
July 7, 2008

_____
Kevin J. Lennon

Sworn to and subscribed before me this
7th day of July 2008.

_____
Notary Public