EXHIBIT 1

Airbill: 8883440801                                                    Page 1 of 1



Create New International Shipment | View International Pending Shipments

| | |
|---|---|
| Rate Estimate: | 29.34 |
| Protection: | None Required    Amount: $0 |
| Description: | legal documents |
| Weight: | Letter |
| Dimensions: | 0 X 0 X 0 |
| Ship Ref: | 1258 |
| Service Level: | International Express |

(Est. delivery is within two business days of customs clearance)

Special Service:
Date Printed: 2008-03-27
Bill Shipment To: Sender
Bill To Account: 803172641
Ship Date: 2008-03-27

SENDER'S RECEIPT
Airbill#: 8883440801
To(Company):
Donald lines Ltd
111Charterhouse Street

London,EC1M6aW EC1M6aW
UNITED KINGDOM
Attention To: Sir or Madam
Phone#: 2032568600

Sent By: Lennon, Murphy and Lennon
Phone#: 203-256-8600

DHL Signature (optional)_____ Route____ Date____ Time____



For Tracking, please go to www.dhl-usa.com or call 1-800-CALL-DHL
Thank you for shipping with DHL Worldwide Express

# Commercial Invoice

LENNON MURPHY & LENNON
2425 POST ROAD
SUITE 301
SOUTHPORT, CT 06890 US

| Shipper/Exporter:<br><br>LENNON MURPHY & LENNON<br>2425 POST ROAD<br>SUITE 301<br>SOUTHPORT, CT 06890 | Waybill Number: 8883440801 |||
|---|---|---|---|
| :::  | Export Date (dd/MMM/yyyy): 27/Mar/2008 |||
| :::  | Weight:<br>0(lb) |||
| Receiver/Consignee:<br><br>Donald lines Ltd<br>1258<br>111Charterhouse Street<br>London, EC1M6aW EC1M6aW UNITED KINGDOM<br>2032568600 | Receiver Reference: | Shipper Reference: 1258 ||
| ::: | Country Of Ultimate Destination:<br>UNITED KINGDOM |||
| ::: | Exporting Carrier:<br>DHL Express Corporation |||
| Receiver Tax ID/VAT#: | Terms Of Trade: |||
| Line  Description of Merchandise | HTS#  Country of Origin | Quantity  Unit  Unit Value | Line Total |
| 1  legal documents |   United States | 1  EA  1 | 1.0 |
| Package Marks: ||| Misc. charges: |
| Shipment Comments: ||| Invoice Total:  1.0 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Signature: _____   Date: _____

Close this window

https://www.wwexship.com/wwxchange/PrintCommercialInvoice.jsp?id=8883440801           3/27/2008

# Certificate of Origin

The undersigned:

for: LENNON MURPHY & LENNON
2425 POST ROAD
SUITE 301
SOUTHPORT, CT 06890

declares that the following mentioned goods shipped via: DHL CORPORATION

on the date:    03/27/2008 *(mm/dd/yyyy)*

cosigned to: Donald lines Ltd
111Charterhouse Street
London, EC1M6aW EC1M6aW UNITED KINGDOM
Sir or Madam    2032568600

are the product of the countries described below.

| Line | Description of Merchandise | HTS# | Country of Origin | Quantity | Unit |
|---|---|---|---|---|---|
| 1 | legal documents | | United States | 1 | EA |

Sworn before me this day:

_____    _____
(Day, Month, Year)    (Day, Month, Year)

_____    _____
(Notary Signature)    (Signature of Owner or Agent)

Close This Window