EXHIBIT 2

| Filters Used: | Email Report | Date Printed: 6/26/2008 |
|---|---|---|
| 1 Tagged   Record | Form Format | Time Printed: 3:46PM |
| | | Printed By: MEF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 4/01/2008 Time | 10:19AM | 10:19AM | Duration | 0.00 (hours) | Code | |
| Subject | Delivered_Shipments | | | | | Staff | Mary E Fedorchak |
| Client | | | MatterRef | Han Shipping v. Donald Line | | MatterNo | 1258-07 |
| From | support@wwexship.com | | | | | | |
| To | Mary E. Fedorchak; logs@wwexship.com | | | | | | |
| CC To | | | | | | | |
| BCC To | | | | | | | |
| Reminders | | (days before) Follow  N  Done  N  Notify  N  Hide  N  Trigger  N  Private  N  Status | | | | | | |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |

Our records indicate that the following shipment was delivered to:

DONALD LINES LTD
LONDON          ,   00000

Tracking Number:       8883440801
Account Number:        803172641
Shipment Reference:    1258
Shipment Description:  legal documents
Delivery Date/Time:    04/01/08 10:47
Signed/Released by:    BUNCH
Click here for more tracking info:
http://track.dhl-usa.com/atrknav.asp?ShipmentNumber=8883440801