GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

July 18, 2008

**MEMO ENDORSED**

Our ref: 183-08/GMV

RECEIVED JUL 21 2008 JUDGE KAPLAN'S CHAMBERS

**BY HAND**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Suite 1310
New York, New York 10007

RE:   Han Shipping Inc. v. Donald Line Ltd.
      07 CV 9529 (LAK)

Dear Judge Kaplan:

   We represent Defendant Donald Line Ltd. in the captioned matter. We are writing on a joint basis with counsel for Plaintiff Han Shipping Inc. regarding the briefing schedule on Defendant's pending motions to vacate the Rule B attachment and for countersecurity. Under the current schedule, Plaintiff's opposition papers are due today with any reply due on July 21. Due to scheduling conflicts, the parties have agreed to a slight modification to that briefing schedule such that Plaintiff's opposition would be due on August 11 with any reply due on September 3. No oral argument has been scheduled, and accordingly, no modification to the Court's calendar should be necessary.

   Provided the Court has no objection, we will proceed on this basis and thank the Court for its attention.

                                    Best regards,
                                    FREEHILL HOGAN & MAHAR, LLP

                                    Gina M. Venezia

                                    SO ORDERED
GMV:lu
                                    LEWIS A. KAPLAN, USDJ
NYDOCS1/308964.1