GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

**MEMO ENDORSED**

August 20, 2008

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

Our ref: 183-08/PJG/GMV



AUG 21 2008

JUDGE KA[PLAN]

**BY HAND**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Suite 1310
New York, New York 10007

      RE:   Han Shipping Inc. v. Donald Line Ltd.
             07 CV 9529 (LAK)

Dear Judge Kaplan:

    We represent Defendant Donald Line Ltd. in the captioned matter. We are writing on a joint basis with counsel for Plaintiff Han Shipping Inc. to advise that the parties have agreed to a further modification to the briefing schedule on Defendant's pending motions to vacate the Rule B attachment and for countersecurity, to allow the parties time to discuss whether this action might be resolved. The parties have agreed that Plaintiff's opposition would be due on August 27, 2008, with any reply due on September 19. No oral argument has been scheduled, and accordingly, no modification to the Court's calendar should be necessary.

    Provided the Court has no objection, we will proceed on this basis and thank the Court for its attention.

                                     Best regards,
                                     FREEHILL HOGAN & MAHAR, LLP

                                     /Gina M. Venezia   (PR)

GMV:lu

                                                             8/21/08
                                                            REQUEST GRANTED

NYDOCS1/311067.1

                                                               Paul A. Crotty
                                                               U. S. D. J